IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WINDSOR E. COOKS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3931

Opinion filed September 30, 2014.

An appeal from an order of the Circuit Court for Clay County.
John H. Skinner, Judge.

Windsor E. Cooks, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.